UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**DOUGLAS WARREN BRYAN**                                    CASE NO. **17-01280-3F7**

_____    Debtor(s).    _____

### TRUSTEE'S OBJECTION TO CLAIM 12

<div style="border:1px solid">

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the United States Bankruptcy Court, Jacksonville Division, 300 North Hogan Street, Ste. 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Gregory  Crews, 8584 Arlington Expressway, Jacksonville, Florida 32211, and any other appropriate persons within the time allowed.   If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and proceed to consider the paper without further notice or hearing, and may grant the relief requested.

</div>

The trustee, **GREGORY K. CREWS**, objects to Claim 12, filed by Home Point Financial Corp., as a secured

claim for $130,294.33, on the ground that  the security has not been liquidated or valued in accordance with §506(a) of

the Bankruptcy Code.  The claim should be disallowed without prejudice to any right of claimant in any collateral it may

hold.

I HEREBY CERTIFY that on December 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee and  Richard Egozcue, Esquire.  I further certify that I mailed a copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Home Point Financial Corp.
Two Energy Square
4849 Greenville Avenue, Suite 800
Dallas, TX 75206

Home Point Financial Corp.
Attn: Heather J. Koch, Esquire
2727 West Cypress Creek Road
Ft. Lauderdale, Florida 33309

Douglas Warren Bryan
2636 Sam Hardwick Blvd.
Jacksonville, Florida 32246

_____

**GREGORY K. CREWS**
**Attorney for Trustee**
**Florida Bar No. 172772**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**